UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELIZABETH JEAN DIXON** | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | |
| **VERSUS** | * | NO: 2:11-CV-00269-KDE-SS |
| | * | |
| | * | SECTION; N-1 |
| **EDWARD IANNUZZI , ET AL.** | * | |
| *Defendants* | * | MAGISTRATE |
| | * | |
| | * | JURY TRIAL REQUESTED |
| | * | |

*******************************************************************************

## NOTICE OF APPEAL

Notice is hereby given that **Elizabeth Jean Dixon, Plaintiff** in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit on written Order, Document No. 60, signed on January 13, 2012, granting summary judgment and dismissing plaintiffs' action after a summary judgment matter was filed by defendants in this action (Rec. Doc. 28), and as per the signed written Order and Reasons Granting Summary Judgment Document No. 60 in the above referenced matter, signed by this Court on the 13th day of January 2012.

Date: January 13, 2012

1

Respectfully Submitted By:


*s/Glenn C. McGovern*
Glenn C. McGovern, La. Bar Number 9321
Attorney for Elizabeth Jean Dixon
P.O. Box 516
Metairie, Louisiana 70004-1615
Physical Address:
2637 Edenborn Avenue, Suite 101
Metairie, Louisiana 70002
Phone: (504) 456-3610
Fax: (504) 456-3611
email gcmcg@mac.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the aforementioned Notice of Appeal has been forwarded to Defendant's counsel Rachel Kellogg via electronic filing system through the court, facsimile and U.S. First Class Mail, postage prepaid, properly addressed on this 13th day of January 2011. and The Honorable, Judge Kurt D. Engelhardt, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C367, New Orleans, Louisiana 70130, and Clerk of Court Eastern Disctict of Louisiana 500 Poydras St., Room C-151, New Orleans, La. 70130, by ECF, facsimile and/or U.S. First Class Mail, Certified Mail, Return Receipt Requested, postage prepaid, addressed properly, on this 13th day of January, 2012.

*s/Glenn C. McGovern*
GLENN C. MCGOVERN

2

**SENT CERTIFIED MAIL TO:**

The Honorable Judge, Kurt D. Engelhardt
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, Louisiana 70130
District Court Judge Presiding Over This Matter


and

Ms. Rachel Kellogg
Attorney for Defendants
Schafer & Schafer
328 Lafayette St.
New Orleans, La. 70130

snd

Clerk of Court
Eastern District of Louisiana
500 Poydras St.  Room C-151
New Orleans, La. 70130