UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH JEAN DIXON | CIVIL ACTION |
| VERSUS | NO: 11-269 |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, ET AL | SECTION "N" (1) |

J U D G M E N T

For the reasons set forth in the Court's Order and Reasons dated January 13, 2012; accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendants, Edward Iannuzzi, Individually doing business as Iannuzzi LA, LLC and Iannuzzi LA, LLC, and against plaintiff, Elizabeth Jean Dixon, dismissing plaintiff's complaint.

New Orleans, Louisiana, this ___17th___ day of January, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE